GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DANIEL M. LINCHEY, ESQ. CA Bar #111739
KATHERINE D. RAY, ESQ. CA Bar #121002
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Tevis T. Thompson, Jr., Trustee
Entered on Docket
September 04, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 03 2009
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>TERENCE RICHARD DUBORD and CHRISTIE ANNE DUBORD,<br><br>    Debtors. | Case No. 08-42132-EDJ<br><br>Chapter 7<br><br>Date:    September 3, 2009<br>Time:   3:30 p.m.<br>Place:  Courtroom No. 215<br>           1300 Clay Street, 2nd Floor<br>           Oakland, CA<br>Judge:  Hon. Edward Jellen |

**ORDER AUTHORIZING AND APPROVING SALE OF REAL PROPERTY**
**<u>FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES</u>**
**(32 CALIFORNIA AVENUE, SUITE A, PLEASANTON, CA)**

On July 31, 2009, Tevis T. Thompson, Jr., as trustee (the "Trustee") of the chapter 7 estate of Terence Richard DuBord and Christie Anne DuBord, debtors herein ("Debtor"), filed the Trustee's Motion For Order Authorizing And Approving Sale Of Real Property Free And Clear Of Liens (32 California Avenue, Suite A, Pleasanton, CA) (the "Sale Motion"), seeking entry of an order under Sections 363(b) and 363(f) of the United States Bankruptcy Code (the "Bankruptcy Code"), approving the sale of the commercial real property commonly known as 32 California Avenue, Suite A, Pleasanton, (the "Real Property") free and clear of certain identified liens, claims and encumbrances. Concurrently with the filing of the Sale Motion, the Trustee filed and served upon all creditors and other parties in interest notice of the Sale Motion and of the scheduled hearing thereon. Pursuant to local rules of this Court, and as set forth in the Trustee's notice, the deadline for any objections to the sale of the Property free and clear of liens was

-1-
ORDER AUTHORIZING AND APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF
LIENS, CLAIMS AND ENCUMBRANCES (32 CALIFORNIA AVENUE, SUITE A, PLEASANTON, CA)
122566

established as August 20, 2009, and objections to the sale of the Property generally was established as August 27, 2009.

No timely objections to the Sale Motion were filed by any party.

On September 3, 2009, the Sale Motion came on regularly for hearing before the undersigned Court, following due and adequate notice. Appearances were made as reflected in the Court's record of the hearing. In conjunction with such hearing, the Court has reviewed the Sale Motion, all related documents filed by the Trustee, and the notice of said motion given to creditors and other parties in interest. For the reasons stated orally by the Court during the course of such hearing, and for good cause shown,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, pursuant to the provisions of Sections 363(b) and 363(f) of the Bankruptcy Code, as follows:

1. The Sale Motion shall be, and is hereby, GRANTED.

2. Each of the terms and conditions contemplated by the Sale Agreement, a copy of which is attached as Exhibit "A" to the Declaration of Katherine D. Ray in Support of Trustee's Motion To Sell Real Property Free And Clear Of Liens (32 California Avenue, Suite A, Pleasanton, CA) filed herein on July 31, 2009, as Docket Entry No. 114, are hereby approved in all respects, and the sale of the Real Property pursuant to the Sale Agreement is hereby authorized under the provisions of Section 363(b) of the Bankruptcy Code.

3. Pursuant to Section 363(b) of the Bankruptcy Code, the Trustee is hereby authorized and empowered to fully perform under, consummate and implement the Sale Agreement, together with all additional instruments and documents that may be reasonably necessary or desirable in order to implement the Sale Agreement, and to take all further actions as may reasonably be requested by the Buyer for the purpose of assigning, transferring, granting, conveying and conferring to the Buyer or its assignee, the Real Property.

4. The Trustee is authorized to pay upon close of escrow from the proceeds of the sale of the Real Property all undisputed liens and encumbrances of record (the "Undisputed Liens"), including the following, which upon payment shall be extinguished, terminated, released and of no force or effect as to the Real Property:

   a. Deed of Trust recorded on December 15, 2004 in the Official Records of Alameda

-2-
ORDER AUTHORIZING AND APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES (32 CALIFORNIA AVENUE, SUITE A, PLEASANTON, CA)
122566

Case: 08-42132    Doc# 129    Filed: 09/03/09    Entered: 09/04/09 16:33:37    Page 2 of 5

County as Instrument No. 2004-555138, in favor of Interbay Funding, LLC, as beneficiary, and assigned to Bayview Loan Servicing, LLC, by assignment recorded July 22, 2005 (the "Bayview Loan Deed of Trust").

  b. Assignment of Leases and Rents recorded on December 14, 2004 in the Official Records of Alameda County as Instrument No. 2004-555139, as additional security for the indebtedness secured by the Bayview Loan Deed of Trust.

  c. Financing Statement recorded on December 28, 2004 in the Official Records of Alameda County as Instrument No. 2004-588589 in favor of Bayview Loan Servicing, LLC as secured party.

  d. Outstanding secured real property taxes.

5. Pursuant to Section 363(f)(4) of the Bankruptcy Code, upon the closing of the sale of the Real Property pursuant to the Sale Agreement, the Real Property sold shall be deemed fully free and clear of each of the following liens, claims and encumbrances thereagainst (collectively, the "Disputed Liens"):

  a. Notice of Lis Pendens recorded August 22, 2007 as Instrument No. 2007-15001 regarding the lawsuit entitled *Main Auto Parts, Inc. vs. Beach Front, LP, et al.*, Case No. VG07341159, pending in the Superior Court, County of Alameda (the "Lis Pendens");

  b. Abstract of Judgment recorded in the Official Records of Alameda County on March 26, 2008 as instrument number 2008103083 in the amount of $796,562.00 against Terence DuBord, as judgment debtor, pertaining to the judgment entered in the Superior Court, County of Alameda, Case No. VG04186782, entitled *Main Auto Parts, Inc. vs. Terence DuBord, et al.* ("Judgment"); and

  c. Abstract of Judgment recorded in the Official Records of Alameda County on March 26, 2008 as instrument number 2008103084 in the amount of $788,600.00 against Christie DuBord, as judgment debtor, pertaining to the Judgment (together with the Abstract of Judgment against Terence DuBord, the "Judgment Lien").

6. Upon the closing of the sale of the Real Property pursuant to the terms of the Sale Agreement, any interests of the holders of the Disputed Liens with respect to any liens, claims or

-3-
ORDER AUTHORIZING AND APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES (57 CALIFORNIA AVENUE, SUITE A, PLEASANTON, CA)
122566

Case: 08-42132 Doc#: 129 Filed: 09/03/09 Entered: 09/04/09 16:33:37 Page 3 of 5

encumbrances that such holder presently holds as against the Real Property shall be deemed transferred to the net proceeds of sale of the Real Property, with the same extent of relative priority, validity, perfection, allowability and enforceability as such lien, claim or encumbrance presently holds against the Real Property.

7. The provisions of this Order authorizing the sale of the Real Property free and clear of liens, claims and encumbrances shall be self-executing, and neither the Trustee, the Buyer, nor any third party shall be required to execute or file releases, termination statements, assignments, consents or any other instruments in order to effectuate, consummate and implement the release provisions of this Order, except as provided in the Sale Agreement. Upon the Closing Date (as defined in the Sale Agreement), any and all judgments, liens, mortgages, financing statements and lis pendens filed of record or any other documents evidencing any of the Disputed Liens shall automatically be discharged, terminated, released and of no force or effect as to the Real Property.

8. The Trustee is authorized to pay broker's commissions in the total aggregate amount of $21,600.00, representing 6% of the purchase price identified in the Sale Agreement, one-half of which ($10,800.00 or 3%) shall be paid to Mick McLaughlin of ReMax Accord, broker for the Seller, and one-half ($10,800.00 or 3%) shall be paid to Joe Owens of Colliers Internationa, broker for the Buyer.

9. The Sale Agreement and any related agreements, documents or other instruments may be modified, amended or supplemented by the parties thereto in accordance with the terms thereof without further order of this Court, *provided* that any such modification, amendment or supplement is not materially adverse to the interests of the Debtors' Chapter 7 Estate.

10. The sale of the Real Property to the Buyers, and the purchase of the Real Property by the Buyer, constitute a sale and purchase in good faith and for fair value within the meaning of Section 363(m) of the Bankruptcy Code, and the parties to the Sale Agreement and their assignees are entitled to all of the protections afforded by Section 363(m) of the Bankruptcy Code.

11. The provisions of FRBP Rule 6004(h) are hereby waived so that this Order shall be effective and enforceable immediately upon entry.

**END OF ORDER**

**EDWARD D. JELLEN**

SEP 0 3 2009

-4-

ORDER AUTHORIZING AND APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES (32 CALIFORNIA AVENUE, SUITE A, PLEASANTON, CA)
122566

Case: 08-42132    Doc# 129    Filed: 09/03/09    Entered: 09/04/09 16:33:37    Page 4 of 5

# COURT SERVICE LIST

Tevis T. Thompson, Jr., Trustee
P.O. Box 1110
Martinez, CA 94553

Daniel M. Linchey, Esq.
Katherine D. Ray, Esq.
Goldberg, Stinnett, Davis & Linchey
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
(Attorneys for Trustee)

Chris D. Kuhner, Esq.
Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, CA 94612
(Attorneys for Debtors)

Robert F. Kidd, Esq.
Donohue Gallagher Woods LLP
P.O. Box 12979
Oakland, CA 94604-2979
(Attorneys for Main Auto Parts, Inc.)

Steve R. Sherman, Esq.
Law Offices of Toby & Sherman
4309 Hacienda Drive, Suite 350
Pleasanton, CA 94588
(Attorneys for Main Auto Parts, Inc.)

Steven W. Pite, Esq.
David E. McAllister, Esq.
John B. Acierno III, Esq.
Pine Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(Attorneys for Bayview Loan Servicing)

Mick McLaughlin
Re/Max Accord
3390 Mt. Diablo Blvd.
Lafayette, CA 94549

Beach Front, LP
c/o Terence R. DuBord, General Partner
728 Palomino Drive
Pleasanton, CA 94566

LAW OFFICES
GOLDBERG, STINNETT, DAVIS & LINCHEY
A PROFESSIONAL CORPORATION
44 MONTGOMERY STREET, SUITE 2900
SAN FRANCISCO, CALIFORNIA 94104