Form FIND

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Terence Richard DuBord and Christie Anne DuBord<br>Debtor(s) | Case No.: 08–42132 MEH 7<br>Chapter: 7 |
|---|---|

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Tevis Thompson is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: 12/13/12

By the Court:

M. Elaine Hammond
United States Bankruptcy Judge