# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: ewalters | Date Created: 12/13/2012 |
| Case: 08–42132 | Form ID: FIND | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | | |
|---|---|---|---|
| ust | Office of the U.S. Trustee/Oak | | USTPRegion17.OA.ECF@usdoj.gov |
| tr | Tevis Thompson | | tevisch7trustee@sbcglobal.net |
| aty | Chris D. Kuhner | | c.kuhner@kornfieldlaw.com |
| aty | Daniel M. Linchey | | dlinchey@gsdllaw.com |
| aty | Katherine D. Ray | | kray@gsdllaw.com |

                                                                                                                 TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Terence Richard DuBord | 728 Palomino Dr | Pleasanton, CA 94566 |
| jdb | Christie Anne DuBord | 728 Palomino Dr | Pleasanton, CA 94566 |

                                                                                                                 TOTAL: 2